### LANE v. HOLMAN and Others.

APPEAL from the *Dearborn* Circuit Court.

*Per Curiam.*—There is nothing in this case that we can examine, under the well settled rules of the Court. There is no assignment of error, including the only point made in the brief of the appellant.

The judgment is affirmed, with costs.

*T. & C. Gazlay*, for the appellant.

*Wm. S. Holman*, for the appellees.